**Order entered August 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01274-CV**

**THE SHOPS AT LEGACY (RPAI) L.P., AN ILLINOIS LIMITED PARTNERSHIP, Appellant**

**V.**

**DEL FRISCO'S GRILLE OF TEXAS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND DEL FRISCO'S RESTAURANT GROUP, INC., A DELAWARE CORPORATION, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03957-2018**

**ORDER**

Appellant The Shops at Legacy (RPAI), L.P.'s motion for extension of time to file a motion for rehearing or en banc reconsideration is **GRANTED**. Appellant's motion for rehearing or en banc reconsideration is now due to be filed on or before September 21, 2020.

/s/    AMANDA L. REICHEK
       JUSTICE